# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

       v.                                                                                                     CR. NO. 02-10159-RGS

JOANNA M. SNYDER

## ***NOTICE***

October 28, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **initial appearance for revocation proceedings at 11:00 a.m., Wednesday, November 3, 2004** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                                             /s/

                                                                   **MARIANNE B. BOWLER**
                                                                   Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**