## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                      **CRIMINAL NO. 02-10159-RGS**

JOANNA MARIE SNYDER
USM NO. 44378-008

# AMENDED JUDGMENT AND COMMITMENT ORDER ON PROBATION VIOLATION

STEARNS, D.J.                      **NOVEMBER 18, 2004**

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON NOVEMBER 10, 2004 FOR A PROBATION VIOLATION HEARING. THE GOVERNMENT WAS REPRESENTED BY ALLISON BURROUGHS, ASSISTANT U. S. ATTORNEY. THE DEFENDANT WAS REPRESENTED BY MIRIAM CONRAD, ESQ., AND THE PROBATION DEPARTMENT WAS REPRESENTED BY PAUL PREVEY, U. S. PROBATION OFFICER. THE DEFENDANT WAS ADVISED OF HER RIGHT TO AN EVIDENTIARY HEARING BY THE COURT, AND STIPULATED TO ALL FOUR (4) VIOLATIONS CONTAINED IN THE PETITION. THIS COURT FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS AND PROCEEDED TO SENTENCING AS FOLLOWS:

### O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS HEREBY <u>REVOKED;</u>

THE DEFENDANT, JOANNA MARIE SNYDER, IS COMMITTED TO THE
CUSTODY OF THE UNITED STATES BUREAU OF PRISONS FOR A PERIOD
OF ONE (1) YEAR AND ONE (1) DAY TO BE SERVED, <u>ON AND AFTER THE
STATE SENTENCE PRESENTLY BEING SERVED.</u>  THIS COURT RECOMMENDS
TO THE BUREAU OF PRISONS THAT THE DEFENDANT BE DESIGNATED
TO THE "WOMEN IN TRANSITION" PROGRAM LOCATED IN SALISBURY,
MASSACHUSETTS.

THE RESTITUTION ORDER PREVIOUSLY ISSUED BY THE HONORABLE
PAUL G. ROSENBLATT, U. S. DISTRICT JUDGE FOR THE DISTRICT OF
ARIZONA,  ON JULY 31, 2000 , IS HEREBY RE-IMPOSED ALLOWING THE
PURSUANCE OF COLLECTION BY THE FINANCIAL LITIGATION UNIT OF
THE U. S. ATTORNEY'S OFFICE.

UPON RELEASE FROM INCARCERATION, NO FURTHER TERM OF
SUPERVISED RELEASE IS WARRANTED.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

Your Honor,

I am writing this letter on behalf of myself.  My name
is Joanna Snyder and today I am before you for my violation
of supervised release.

I am trying to do this short and to the point.

August 13, 2004.  Very bad, horrific day for me.  I grew
up in a less than desirable way and in taking to the streets,
I made very poor choices.  I've heard it said that one life
lesson would turn you around.  After everything I ever did to
myself I never quite grasped that I affected anyone else.
I am so ashamed that I never got it, that I was not alone.
Standing a loner, realizing that's a fallacy, nobody is alone.
Somebody always will touch your life, always be involved.

Everything I loathed about my immediate family, I did to
mine.   You can't imagine how ill that makes me.  I have two
awesome kids.  Damian (17) and Chrissy (13).  I have ripped
myself out of their life walking around like they'd be okay.
I was always okay so I thought they were okay.

August 13, 2004, I was taken to juvenile court.  I had
to stand in a court room full of people and admit I was incapable
of caring for my baby girl.  At that moment of truth knowing
there was no way out, no talking my way out or justifying my
way out, I had to admit I am less than everything a mother should
be. I realized at that moment at the speed of light that the
only thing that matters is that my kids one day say "thanks
Ma for being there for me, you're the best."

Toys don't matter, life is precious.  I've wasted a good
portion of mine, and my kids are growing up exactly like I
vowed they would'nt. ALONE. Like I did,

**My Life Lesson** hit me like the impact of a nuclear bomb.
No longer is my life acceptable.  I have a dual-diagnosis.
It is not grave.  It is maintained with medication and therapy.

It is work.  I have a disease that lies to you.  It tells you you you are okay.  If I ever hear that again, in my head,  I will run in the other direction.  I will believe nothing but the blood level of lithium, which I will maintain because my life is my responsibility.

Today, november 05, 2004, I received word that on April 25,  2005 there will be a trial for the State to take permanent custody of my youngest child.

I deserve nothing.  I ask that you find it in your heart to allow me a sentence to a halfway house so I can at least earn a chance to remain in my daughter Christina's life.  In all honesty I wish I could put my heart in your chest, because maybe you would feel that this is it for me, but with heart not words.

My life has been a disaster.  With my most recent realization, my eyes are open to the dire consequences if I continue in this insane lifestyle.

I must humble myself, and do it gladly for my family, and implore you to not let me lose my children. That would be the ultimate punishment.

I am so sorry for everything I ever did to hurt anyone.


Thank-you for your time and consideration in this matter.


Sincerely,


Joanna M. Snyder